UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LARRY JENSEN** and **TULIP VALLEY FARMS, LLC**,<br>    *Plaintiff,*<br><br>    vs.<br><br>**SKAGIT COUNTY**,<br>    *Defendants*. | NO.: 2:25-cv-01304-JHC<br><br>**STIPULATION AND ORDER TO SET TIME TO ANSWER AMENDED COMPLAINT** |

## STIPULATION

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Larry Jensen and Tulip Valley Farms, LLC, ("Plaintiffs") and Defendants Skagit County and newly named defendant Thomas Wenzl ("Defendants") hereby stipulate as follows:

1. Wenzl has not yet been served with the First Amended Complaint. He agrees to waiver formal service under FRCP 4(d) and agrees to a service date of October 13, 2025, to avoid unnecessary costs in serving the summons. The Parties agree that he will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that he waives any objections to the absence of a summons or of service. He also understands that, under Rule 4(d), he must file and serve an answer or a motion under Rule 12 within 60 days from October 13, 2025. Nevertheless, given the good cause described below, the Parties stipulate to shorten this time by 15 days. He understands that failure to respond timely may result in a default judgment.

2. Under FRCP 15, the County has 14 days to respond to the First Amended Complaint.

3. The Parties agree that Defendants' deadline to answer or otherwise respond to the First Amended Complaint (Dkt #13) in the above-captioned action is December 4, 2025 (extended 30 more days for the County, and reduced by 15 days for Wenzl).

4. The Parties agree that the First Amendment Complaint makes the County's motion to dismiss (Dkt #10) and their responses to it (Dkt #14) moot and agree the Court can strike the hearing from its calendar and take no action on it.

Good cause exists for this stipulation, as the First Amended Complaint added Thomas Wenzl as a defendant in his official capacity as the Skagit County Code Enforcement Officer and added new allegations. It is anticipated that Wenzl and the County's response to the First Amended Complaint will be substantially similar and will be a motion to dismiss, thus having the same response deadline will serve judicial economy and allow the Court to consider any motions at the same time instead of piecemeal.

DATED this 20th day of October, 2025.

_/s_____
Frederick A. Haist, WSBA 48937
**SKAGIT COUNTY PROSECUTOR'S OFFICE**
Civil Deputy Prosecuting Attorney
Attorney for Skagit County & Thomas Wenzl


_/s_____
Mark J. Lee, WSBA 19339
**WOLF LEE HURST & SLATTERY, PLLP**
Attorney for Larry Jensen & Tulip Valley Farms, LLC

**ORDER**

IT IS SO ORDERED. The Court STRIKES as moot the motion to dismiss at Dkt. # 10.

DATED this 21st day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE