# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LARRY JENSEN** and **TULIP VALLEY FARMS, LLC**,<br>        *Plaintiff,*<br><br>vs.<br><br>**SKAGIT COUNTY**,<br>        *Defendants*. | NO.: 2:25-cv-01304-JHC<br><br>**STIPULATION AND ORDER TO SET TIME TO MODIFY DEADLINES IN ORDER RE INITIAL DISCLOSURES, JOINT STATUS REPORT, & EARLY SETTLEMENT** |

## STIPULATION

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Larry Jensen and Tulip Valley Farms, LLC, ("Plaintiffs") and Defendants Skagit County and Thomas Wenzl ("Defendants") hereby stipulate as follows:

1. The Defendants filed a Motion to Dismiss ("Motion") this case based on preclusion, abstention, and failure to state a claim on December 5, 2025. Dkt #18.

2. The Court entered the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (the "Order") also on December 5, 2025. Dkt. #17.

3. While the Plaintiffs make no concession as to the merits of the Motion or in any way narrow the claims or parties in the case, if granted the Motion would alleviate any need for discovery, and if granted in part it could limit the parties and issues.

4.  If the Motion is denied or denied in part, the Parties agree that the deadlines should be extended to:

- Deadline for FRCP 26(f) Conference: <u>10 business days after the order on the Motion</u>.

- Initial Disclosures Pursuant to FRCP 25(a)(1): <u>30 calendar days after the order on the Motion</u>.

- Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): <u>30 calendar days after the order on the Motion</u>.

Good cause exists for this stipulation because resolving the pending Motion may narrow or eliminate issues, making initial disclosures and a Rule 26(f) conference inefficient and potentially wasteful. Briefly postponing these deadlines conserves the resources of the parties and the Court and ensures discovery proceeds only if necessary and appropriately focused.

DATED this 11th day of December, 2025.

_/s_____
Frederick A. Haist, WSBA 48937
**SKAGIT COUNTY PROSECUTOR'S OFFICE**
Civil Deputy Prosecuting Attorney
Attorney for Skagit County & Thomas Wenzl


__/s_____
Mark J. Lee, WSBA 19339
**WOLF LEE HURST & SLATTERY, PLLP**
Attorney for Larry Jensen & Tulip Valley Farms, LLC

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of December, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE